AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

FILED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA
v.
KEITH DUNAGAN

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 05-40006-01
USM No. 06662-025

_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __as alleged in amen. petition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Burglary & Forgery. | |
| | The defendant also possessed a controled substance | 04/29/2008 |
| Statutory | The defendant tested positive for Morphine | 03/20/2008 |
| Standard # 2 | The defendant failed to report to probation as scheduled | 12/27/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5100__

Defendant's Year of Birth: __1980__

City and State of Defendant's Residence:
Benton, IL

06/10/2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. Phil Gilbert            District Judge
Name and Title of Judge

_June 13, 2008_
Date

DEFENDANT: KEITH DUNAGAN
CASE NUMBER: 05-40006-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to participate inn On-Site Drug Testing | 01/15/2008 |
| Standard # 6 | The defendant failed to notify probation that he changed residences | 03/29/2008 |
| Standard # 9 | The defendant associated with a convicted felon | 01/01/2008 |
| Standard # 11 | The defendant failed to notify probation of a police contact | 03/29/2008 |
| Special | The defendant failed to participate in mental health treatment as directed | |
| Special | The defendant failed to make monthly payments on his financial penalty | 03/30/2008 |

DEFENDANT: KEITH DUNAGAN
CASE NUMBER: 05-40006-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL